|  |  |
|---|---|
| **DEBTOR:** FORD, KAREN ELLEN | **SUPPLEMENTAL MONTHLY OPERATING REPORT CHAPTER 11** |
| **CASE NUMBER:** 06-12686 | |

### Form 2-A
### COVER SHEET

For the Period Ending: 11/24/2006

**Accounting Method:** ☐ Accrual Basis ☐ Cash Basis

**THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH**

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☐ | ☐ | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| ☐ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☐ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☐ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☐ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☐ | ☐ | 7. Bank Statements for All Bank Accounts |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 02/15/07  **Print Name:** Karen Ellen Ford

**Signature:** *[signed] Ka Ellen Ford*

**Title:** Debtor

Rev. 10/1/04

DEBTOR: FORD, KAREN ELLENCASE NO: 06-12686

**Form 2-G**
**NARRATIVE**

For Period Ending 11/30/2006

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

This Debtor is in Joint Administration with Chapter 11 Debtor Cincano Farms Limited, LLC.

November 8, 2006 the Court granted Debtor's Motion to Extend Exclusivity Period for Debtors Filing a Chapter 11 Plan, and further ordered that the Chapter 11 Plan was due by 1/31/07. The exclusivity period for Debtors to obtain acceptance of a plan of organization is extended through and including 4/1/07.

The Application to Employ Accountant David E Dennis was granted November 9, 2006.

Karen E. Ford, Esq.
Reconciliation Detail
Bank of the West, Period Ending 11/23/2006

Page 1

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | -1,001.81 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 33 items** | | | | | | |
| Check | 10/4/2006 | 1034 | Chicago Creek Clinic | X | -138.00 | -138.00 |
| Check | 10/15/2006 | 1040 | Cheval | X | -76.15 | -214.15 |
| Check | 10/15/2006 | 1041 | Cheval | X | -51.45 | -265.60 |
| Check | 10/23/2006 | 1043 | CSU hospital | X | -500.00 | -765.60 |
| Check | 10/25/2006 | 1044 | karne hall | X | -110.00 | -875.60 |
| Check | 10/27/2006 | | King Sooper's | X | -120.58 | -996.18 |
| Check | 10/27/2006 | | bank nsf fee | X | -33.00 | -1,029.18 |
| Check | 10/30/2006 | | King Sooper's | X | -59.39 | -1,088.57 |
| Check | 10/30/2006 | | bank nsf fee | X | -33.00 | -1,121.57 |
| Check | 10/30/2006 | | bank nsf fee | X | -30.00 | -1,151.57 |
| Check | 10/31/2006 | 1046 | Cost Co | X | -636.76 | -1,788.33 |
| Check | 10/31/2006 | | Cost Co | X | -342.92 | -2,131.25 |
| Check | 10/31/2006 | | bank nsf fee | X | -99.00 | -2,230.25 |
| Check | 10/31/2006 | | bank nsf fee | X | -83.68 | -2,313.93 |
| Check | 11/3/2006 | 1047 | Cost Co | X | -487.55 | -2,801.48 |
| Check | 11/3/2006 | | Public Storage | X | -155.00 | -2,956.48 |
| Check | 11/3/2006 | | K&G Petrol | X | -35.02 | -2,991.50 |
| Check | 11/6/2006 | | bank nsf fee | X | -33.00 | -3,024.50 |
| Check | 11/6/2006 | | TLG | X | -9.99 | -3,034.49 |
| Check | 11/7/2006 | | King Sooper's | X | -284.68 | -3,319.17 |
| Check | 11/7/2006 | | King Sooper's | X | -113.71 | -3,432.88 |
| Check | 11/7/2006 | | bank nsf fee | X | -33.00 | -3,465.88 |
| Check | 11/7/2006 | | Coconuts | X | -15.16 | -3,481.04 |
| Check | 11/8/2006 | | King Sooper's | X | -141.17 | -3,622.21 |
| Check | 11/8/2006 | | bank nsf fee | X | -66.00 | -3,688.21 |
| Check | 11/8/2006 | | King Sooper's | X | -5.79 | -3,694.00 |
| Check | 11/9/2006 | | bank nsf fee | X | -99.00 | -3,793.00 |
| Check | 11/9/2006 | | | X | -20.00 | -3,813.00 |
| Check | 11/13/2006 | 1042 | Vonage | X | -108.77 | -3,921.77 |
| Check | 11/18/2006 | 1048 | Aple Jack's | X | -90.31 | -4,012.08 |
| Check | 11/18/2006 | 1049 | Aple Jack's | X | -51.62 | -4,063.70 |
| Check | 11/20/2006 | 9078 | cash | X | -50.00 | -4,113.70 |
| Check | 11/24/2006 | 9008 | cash | X | -100.00 | -4,213.70 |
| **Total Checks and Payments** | | | | | -4,213.70 | -4,213.70 |
| **Deposits and Credits - 8 items** | | | | | | |
| Deposit | 10/26/2006 | | Swede Gulch Farm | X | 1,500.00 | 1,500.00 |
| Deposit | 10/31/2006 | | Swede Gulch Farm | X | 700.00 | 2,200.00 |
| Deposit | 10/31/2006 | | Swede Gulch Farm | X | 1,300.00 | 3,500.00 |
| Deposit | 11/6/2006 | | Swede Gulch Farm | X | 500.00 | 4,000.00 |
| Deposit | 11/7/2006 | | Swede Gulch Farm | X | 500.00 | 4,500.00 |
| Deposit | 11/9/2006 | | Swede Gulch Farm | X | 500.00 | 5,000.00 |

Karen E. Ford, Esq.
## Reconciliation Detail
Bank of the West, Period Ending 11/23/2006

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Deposit | 11/22/2006 | | Swede Gulch Farm | X | 100.00 | 5,100.00 |
| Deposit | 11/24/2006 | | | X | 15,050.00 | 20,150.00 |
| **Total Deposits and Credits** | | | | | 20,150.00 | 20,150.00 |
| **Total Cleared Transactions** | | | | | 15,936.30 | 15,936.30 |
| **Cleared Balance** | | | | | 15,936.30 | 14,934.49 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 7/22/2006 | 1012 | Colorado Continuing ... | | -46.95 | -46.95 |
| Check | 7/29/2006 | 1017 | Nordstrom's | | -341.26 | -388.21 |
| Check | 9/4/2006 | 1029 | Wal Mart | | -64.88 | -453.09 |
| Check | 10/6/2006 | 1035 | King Sooper's | | -284.62 | -737.71 |
| Check | 10/11/2006 | 1038 | Cost Co | | -621.76 | -1,359.47 |
| Check | 10/11/2006 | 1037 | karne hall | | -50.00 | -1,409.47 |
| Check | 10/18/2006 | 1042 | King Sooper's | | -83.68 | -1,493.15 |
| Check | 10/25/2006 | 1045 | King Sooper's | | -94.04 | -1,587.19 |
| **Total Checks and Payments** | | | | | -1,587.19 | -1,587.19 |
| **Total Uncleared Transactions** | | | | | -1,587.19 | -1,587.19 |
| **Register Balance as of 11/23/2006** | | | | | 14,349.11 | 13,347.30 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 12/30/2006 | 1050 | cash | | -500.00 | -500.00 |
| Check | 1/4/2007 | 1051 | King Sooper's | | -304.68 | -804.68 |
| Check | 1/6/2007 | 1052 | Nieman Marcus | | -344.21 | -1,148.89 |
| Check | 1/12/2007 | 1054 | Mt Vernon Country ... | | -494.00 | -1,642.89 |
| Check | 1/12/2007 | 1053 | Quicksilver | | -96.67 | -1,739.56 |
| **Total Checks and Payments** | | | | | -1,739.56 | -1,739.56 |
| **Total New Transactions** | | | | | -1,739.56 | -1,739.56 |
| **Ending Balance** | | | | | 12,609.55 | 11,607.74 |

8:59 PM
01/28/07